# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

BULLSEYE TELECOM, INC., a
Michigan corporation,

        Plaintiff,

**Case No. 2:09-cv-10804**

v.

CIRCLE K STORES INC., a
foreign corporation; and
MAC'S CONVENIENCE STORES, L.L.C.,
A Delaware limited liability company,

        Defendants.
_____/

CIRCLE K STORES INC., a
Texas corporation; and
MAC'S CONVENIENCE STORES, L.L.C.,
A Delaware limited liability company,

        Defendants/Counterclaimants,

v.

BULLSEYE TELECOM, INC., a
Michigan corporation,

        Plaintiff/Counterdefendant.
_____/

| | |
|---|---|
| **MANNING & MARDER,** <br> **KASS, ELLROD, RAMIREZ, L.L.P.** <br> Donald R. Day (AZ #006072)(MI #P23970) <br> Attorneys for Defendants <br> 6909 E. Greenway Parkway, Suite 200 <br> Scottsdale, Arizona 85258 <br> Telephone: (480) 609-4473 | **WARNER NORCROSS** <br> **JUDD, L.L.P.** <br> James E. Romzek (P37929) <br> Anissa C. Hudy (P57923 <br> Attorneys for Plaintiff <br> 12900 Hall Road, Suite 435 <br> Sterling Heights, MI 48313 <br> Telephone: (248) 784-5199 |

_____/

1

## ORDER OF DISMISSAL

Based on a Stipulation for Dismissal filed by the parties and good cause appearing, it is

**ORDERED** that the above-named causes of action are hereby dismissed, with prejudice, against Defendants/Counterclaimants Circle K Stores Inc. and Mac's Convenience Stores, L.L.C. and against Plaintiff/Counterdefendant, BullsEye Telecom, Inc., each party to bear its own costs and attorneys' fees.

DATED: November 30, 2009

s/Patrick J. Duggan
The Honorable Patrick J. Duggan, Judge